# EXHIBIT A

**State Court**

# Case Summary

### Case No. 21EV003462

| | | | |
|---|---|---|---|
| **DOROTHEA CORNELIUS NKA** | § | Location: | **State Court** |
| **DOROTHEA MUHAMMAD AND ALI S.** | § | Judicial Officer: | **Dixon, Myra H** |
| **MUHAMMAD VS PHH MORTGAGE AND** | § | Filed on: | **06/08/2021** |
| **NEW REZ SERVICES, ROBERT CONLEY** | § | SB176 Case Cross | **0602021041952** |
| **AND EXPERIAN** | | Reference Number: | |
| | § | FSX case association | **CAS-** |
| | | number: | **9D762311241E14BF27A8** |

---

## Case Information

Case Type: TORT

Case Status: **06/08/2021  Open**

---

## Assignment Information

**Current Case Assignment**
Case Number      21EV003462
Court               State Court
Date Assigned   06/08/2021
Judicial Officer   Dixon, Myra H

---

## Party Information

**Plaintiff**      **DOROTHEA CORNELIUS NKA DOROTHEA MUHAMMAD**

                **MUHAMMAD, ALI**

**Defendant**   **CONLEY, ROBERT**

                **EXPERIAN**

                **PHH MORTGAGE AND NEW REZ SERVICES**

---

## Case Events

| Date | | |
|---|---|---|
| 06/08/2021 | | COMPLAINT |
| 06/08/2021 | | Summons |
| 06/08/2021 | | Summons |
| 06/08/2021 | | Summons |
| 06/30/2021 | | Discovery |
| 08/11/2021 | | Motion (OBTS) |
| 08/11/2021 | | Proposed Order |
| 08/16/2021 | | AFFIDAVIT |
| 08/18/2021 | | AFFIDAVIT |
| 08/27/2021 | | AFFIDAVIT |

---

## Financial Information

---

**Plaintiff**    DOROTHEA CORNELIUS NKA DOROTHEA MUHAMMAD

| | |
|---|---|
| Total Financial Assessment | 230.00 |
| Total Payments and Credits | 264.00 |
| **Balance Due as of 9/2/2021** | **(34.00)** |

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 66668756
Date: Jun 08 2021 04:46PM
Christopher G. Scott, Chief Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY

## STATE OF GEORGIA

**Civil Action File No.:**

DOROTHEA CORNELIUS,
N/K/A DOROTHEA MUHAMMAD and
ALI S. MUHAMMAD,

      Plaintiffs,

Vs.                                  **JURY TRIAL DEMANDED**

PHH MORTGAGE SERVICES/NEW REZ;
ROBERT CONLEY, and EXPERIAN,

      Defendants.

## C O M P L A I N T

COME NOW the Plaintiffs, DOROTHEA CORNELIUS now known as

DOROTHEA MUHAMMAD and ALI S MUHAMMAD, by and through their

undersigned attorney, and sues Defendants PHH MORTGAGE SERVICES/NEW

REZ ROBERT CONLEY and Experian, individually, and as grounds therefore

state as follows:

1.

This is an action for money damages for statutory and punitive damages for

Defendants' violations of the Fair Debt Collection Practices Act (FDCPA) and the

Fair Credit Reporting Act (FCRA), and for Defendant's ongoing and continuing

bad faith failure to service Plaintiff's mortgage account pursuant to law,

Defendants continuing failure and refusal to properly credit Plaintiffs account for

payments received, and for false reporting of Plaintiffs mortgage account to the

Credit Reporting Agencies.

## JURISDICTION AND VENUE

2.

This court has jurisdiction over the parties and the subject matter of this case pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. Sections 1692-1692(p) and The Fair Credit Reporting Act, 15 U.S.C. Sections 1681-1682.

3.

Plaintiff, ALI S. MUHAMMAD (hereinafter referred to as MUHAMMAD) is a natural person over the age of eighteen, and a resident and citizen of Fulton County, Georgia, and is a "consumer" within the meaning of the FDCPA and FCRA. Plaintiff ALI S. MUHAMMAD entered into a written settlement agreement with Defendants in 2020. Attached hereto and made a part hereof is said settlement agreement as Plaintiffs Exhibit "A", is a copy of the Confidential Settlement and Release Agreement between the parties said agreement called for a 15 day notice to defendants see notice attached as exhibit "B"

4.

Plaintiff DOROTHEA CORNELIUS now known as DOROTHEA MUHAMMAD is a natural person over the age of eighteen, and a resident and citizen of Fulton County, Georgia, and is a "consumer" within the meaning of the FDCPA and FCRA.

5.

Defendants PHH Mortgage Services and New Rez, are entities and citizens of New Jersey and may be served at their offices in Mount Laurel, New Jersey Defendant Robert Conley is a natural person over the age of eighteen and can be served at his office in Mount Laurel, New Jersey both parties can be served at 1Mortgage Way Mt. Laurel, NJ 08054.

6.

Defendant Experian may be served at its office at 475 Anton Blvd., Costa Mesa
CA 92626.

7.

There is complete diversity of citizenship between Plaintiffs and Defendants.

8.

All acts complained of occurred in Fulton County, Georgia.

9.

Plaintiffs and Defendants entered into a settlement Agreement wherein the parties

agreed that Plaintiffs would bring their mortgage account with Defendants current

by the end of 2020. In furtherance of said agreement, Plaintiff's sent a

letter along with a check for $3,788.16 dated December 31, 2020,

which brought Plaintiffs mortgage account with Defendants current on their

account by the end of 2020 as per their written agreement. Attached hereto and

made a part hereof as Plaintiff's Exhibit "C" is a copy of the check.

10.

Subsequent to said settlement agreement, Plaintiffs received its first mortgage
statement dated April 1, 2021 and paid PHH a total of $2709.24, in excess of
$2,525.44, due see Exhibit "D " copy of cancelled  check dated April 14, 2021 and
copy of PHH Mortgage statement as exhibit "D".

11.

Plaintiffs paid the attached mortgage statement dated, May 1, 2021,

Shown as owing a total of $3,368.75 never giving Plaintiffs credit for the April
payment of $2709.24, and again stating an amount not due PHH, thus erroneously
providing errant information of May payment to PHH in the amount of $631.36 as
exhibit "E".

12.

Plaintiffs again provide exhibit "F" as further proof of the continuous bad behavior of defendants as the June 1, 2021, mortgage statement does not credit the May 1, 2021, payment of $631.36, and show the plaintiffs owing $1305.87

13.

Notwithstanding the payments made and brought current by Plaintiffs,

Defendants continue to falsely report Plaintiffs account as delinquent to the credit

bureaus. Attached hereto and made a part hereof is a copy of Dispute Results from

Experian Credit Bureau listing the account as $1,920.00 past due as of April, 2021,

as Plaintiffs' Exhibit "G". Defendants continue to falsely report Plaintiffs account.

14.

## COUNT 1– VIOLATION OF FDCPA AND FCRA FOR JANUARY 2021 PAYMENT

Plaintiffs reallege the allegations of paragraphs 1 through 11 and incorporate

same by reference into this Count. Plaintiffs seek statutory damages of $1,000 per

violation of the FDCPA and $1,000. per violation of the FCRA for Defendants

ongoing and continuing violations of the FDCPA and FCRA for the January, 2021

payment paid by Plaintiffs for a total of $2,000, statutory damages per each Count

as set forth below in Counts1 through Count VI herein, plus court costs and

attorney's fees as set forth in Count VII.

15.

## COUNT 11–VIOLATION OF FDCPA AND FCRA FOR FEBAUARY, 2021 PAYMENT

Plaintiffs reallege the allegations of paragraphs 1 through 11 and incorporate

same by reference into this Count. Plaintiffs seek statutory damages of $1,000 per

violation of the FDCPA and $1,000.00, per violation of the FCRA for Defendants

ongoing and continuing violations of the FDCPA and FCRA for the January, 2021

payment paid by Plaintiffs for a total of $2,000.00, statutory damages per each Count as set forth below in Counts1 through Count VI herein, plus court costs and attorney's fees as set forth in Count VII.

## COUNT III–VIOLATION OF FDCPA AND FCRA FOR MARCH, 2021 PAYMENT

Plaintiffs reallege the allegations of paragraphs 1 through 11 and incorporate same by reference into this Count. Plaintiffs seek statutory damages of $1,000 per violation of the FDCPA and $1,000. 00, per violation of the FCRA for Defendants ongoing and continuing violations of the FDCPA and FCRA for the January, 2021 payment paid by Plaintiffs for a total of $2,000.00, statutory damages per each Count as set forth below in Counts1 through Count VI herein, plus court costs and attorney's fees as set forth in Count VII.

16.

## COUNT IV--VIOLATION OF FDCPA AND FCRA FOR APRIL, 2021 PAYMENT

Plaintiffs reallege the allegations of paragraphs 1 through 11 and incorporate same by reference into this Count. Plaintiffs seek statutory damages of $1,000 per violation of the FDCPA and $1,000. 00, per violation of the FCRA for Defendants ongoing and continuing violations of the FDCPA and FCRA for the January, 2021 payment paid by Plaintiffs for a total of $2,000. 00, statutory damages per each Count as set forth below in Counts1 through Count VI herein, plus court costs and attorney's fees as set forth in Count VII.

17.

## COUNT V–VIOLATION OF FDCPA AND FCRA FOR MAY, 2021 PAYMENT

## CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT



EXHIBIR"A"







a.









Ali S. Muhammad
Dorothea Muhammad
1750 County Line Rd SW
Atlanta, Georgia 30331

May 17, 2021

**VIA: Certified Mail**

Mark Windham, Esq.
Troutman Pepper Hamilton Sanders, LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Re: Confidential Settlement and Release Agreement

Dear Mr. Windham:

Per paragraph 5, of the referenced agreement, notice is given that if PHH Mortgage Services does not change it's rating with regard to the credit file of Dorothea Cornelius, n/k/a Dorothea Muhammad, a law suit will be filed with said confidentiality agreement attached.

Per the required notice your client has 15 days to make the change.

Sincerely,

Dorothea Muhammad, f/k/a Dorothea Cornelius

Ali S. Muhammad

Cc: Robert Conley/PHH Mortgage Services/Via Certified Mail

EXHIBIT"B"

A S M Holdings 54 LLC
1851 Penelope Rd NW
Atlanta, GA 30314-1815

MORTGAGE PAYMENT 11447 VINEA LN.HAMPTON,GA.
JULY,AUG.SEPT.OCT.NOV.DEC.2020

**1423**
64-13/b11

DATE  12/31/20

PAY
TO THE
ORDER OF ___     PHH MORTGAGE CORP. _____     $ 3,788.16

thirty seven hundred eighty eight dollars 16/¢    DOLLARS

Regions Bank
Vinings Smyrna
1630 Cumberland Hwy SE
_t, GA 30080
5908

FOR ___                                     _____Mohammed_____

⑈"0014 23⑈  ⑆061 101 375⑉:        ⑈11 7⑈"

FOR DEPOSIT ONLY
PHH Corporation
PHH Corporation
8669707

EXHIBIT"C"

ACCOUNT [redacted]5908

**A S M Holdings 64 LLC**
1651 Penelope Rd NW
Atlanta, GA 30314-1915

1562
64-137/611

DATE 4/14/2021

PAY TO THE ORDER OF PHH MORTGAGE SERVICES $ 2,709.24

twenty seven hundred nine dollars and 24/¢ DOLLARS

Regions Bank
Vinings Smyrna
1650 Cumberland Pky SE
Smyrna, GA 30080

FOR

[signature]

⑈001562⑈ ⑆061101375⑆ [redacted]0117⑈

Security Features exceed industry standards and include:
- ImageMatch: Matching account and check number on back (Patent No. 9,240,089)
- MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

For Deposit Only
PHH Corporation
8609707

EXHIBIT"D"

**❀NewRez**

Current Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-866-820-6474
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0006668 C2 A3 0.425 **AUTO  T2 0 3353 30331-681950 -C05-P010014  5   RE   NZ1

ԿՈՒԼՈՒԼՈՒԿԻՄՈՒՈՒՈՐԿԱՄՈՒՈՐԿԱՄՈՐ

DOROTHEA CORNELIUS
1750 COUNTY LINE RD SW
ATLANTA, GA 30331-6819

**Statement Date:  3/16/2021**

| Loan number: ▓▓5908 |
|---|
| Payment Due Date: 4/1/2021 |
| **Amount Due: $2,709.24** |
| *If payment is received after 4/16/2021, a $13.15 late fee may be charged.* |

### Account Information

| Property Address | 11447 VINEA LN HAMPTON, GA 30228 6259 |
|---|---|
| Outstanding Balance (not payoff amount) | $98,557.33 |
| Principal Balance (interest bearing) | $69,916.90 |
| Deferred Balance (non-interest bearing) | $28,640.43 |
| Current Interest Rate | 3.2800% |
| Prepayment Penalty | No |
| Escrow Balance | $2,335.30- |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| Principal | $72.53 |
|---|---|
| Interest | $190.51 |
| Escrow (Taxes and/or Insurance) | $368.32 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | $631.36 |
| Total New Fees and Charges | $26.30 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $0.00 |
| Assessed Expenses | $157.50 |
| Past Due Payment(s) | $1,894.08 |
| **Total Amount Due** | $2,709.24 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $356.74 | $356.74 |
| Interest | $11,641.68 | $11,641.68 |
| Escrow (Taxes and/or Insurance) | $12,970.89 | $12,970.89 |
| Fees | $318.30 | $318.30 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | $25,287.61 | $25,287.61 |

### Important Messages

You are currently due for the 1-1-2021 payment.
Your last full payment was applied to the payment due 12-1-2020.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges, Shortages & Fees ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/05 | | Assessed Expense - INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 |
| 01/06 | 01/06 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $3,768.15 | $0.00 | $3,768.15 |
| 01/20 | | Non Cash Adjustment | $3,195.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/20 | | Non Cash Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/20 | | Non Cash Adjustment | -$28,640.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/20 | 01/20 | Escrow Deposit | $0.00 | $1,144.30 | $0.00 | $0.00 | -$1,144.30 | $0.00 | $0.00 |
| 01/20 | 01/20 | Escrow Deposit | $0.00 | $9,538.92 | $9,999.99 | $318.30 | $0.00 | $0.00 | $19,857.21 |
| 01/20 | 03/00 | Assessed Expense - CAPPED MOD EXPEN Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/20 | 01/20 | Escrow Deposit | $0.00 | $0.00 | $1,179.20 | $999.99 | $0.00 | $0.00 | $2,129.20 |
| 01/20 | 03/00 | Assessed Expense - CAPPED MOD EXPEN Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/20 | 01/20 | Escrow Deposit | $0.00 | $0.00 | $0.00 | $999.99 | $0.00 | $0.00 | $999.99 |
| 01/20 | 03/00 | Assessed Expense - CAPPED MOD EXPEN Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/20 | 01/20 | Escrow Deposit | $0.00 | $0.00 | $0.00 | $456.28 | $0.00 | $0.00 | $456.28 |

Continued

Page 1 of

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: ▓▓5908
DOROTHEA CORNELIUS

PHH Mortgage Services
PO Box 94087
PALATINE, IL 60094-4087

ԿՈՒԼՈՒԿԻՄՈՒԿԻՄՈՒԿՈՐԿՈՒՈՐ

| Payment Due Date | 4/1/2021 |
|---|---|
| Regular Monthly Payment | $631.36 |
| Total New Fees and Charges | $26.30 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $0.00 |
| Assessed Expenses | $157.50 |
| Past Due Payments | $1,894.08 |
| **Total Amount Due** | $2,709.24 |

*If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.*

| Extra principal | $ |
|---|---|
| Extra escrow | $ |
| Unpaid late charges | $ |
| Other (specify) | $ |
| **Total check enclosed** | $ |

99 954 7141495908 0000064451 0000063136 5

EXHIBIT"D"

 **NewRez**

P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit www.MortgageQuestions.com
Call toll free: 1-888-820-6474
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0016253 02 AD 0.425 **AUTO  T5 0 3376 30331-681950 -C05-P020089-I2  5     NFRE     NZ1

DOROTHEA CORNELIUS
------------------------------
1750 COUNTY LINE RD SW
ATLANTA, GA 30331-6819

**Statement Date:  4/16/2021**

Loan number: ████5908
Payment Due Date: 5/1/2021
## Amount Due: $3,368.75
*If payment is received after 5/16/2021, a $13.15 late fee may be charged.*

### Account Information

| Property Address | 11447 VINEA LN |
| | HAMPTON, GA 30228 6259 |
| Outstanding Balance (not payoff amount) | $98,557.53 |
| Principal Balance (interest bearing) | $89,916.90 |
| Deferred Balance (non-interest bearing) | $28,640.43 |
| Current Interest Rate | 3.2600% |
| Prepayment Penalty | No |
| Escrow Balance | $2,335.30- |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $72.72 |
| Interest | $190.32 |
| Escrow (Taxes and/or Insurance) | $368.32 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $631.36 |
| Total New Fees and Charges | $13.15 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $28.30 |
| Assessed Expenses | $172.50 |
| Past Due Payment(s) | $2,525.44 |
| **Total Amount Due** | **$3,368.75** |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $356.74 |
| Interest | $0.00 | $11,641.68 |
| Escrow (Taxes and/or Insurance) | $0.00 | $12,970.89 |
| Fees | $0.00 | $318.30 |
| Optional Products  - | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $25,287.61 |

### Important Messages

You are currently due for the 1-1-2021 payment.
Your last full payment was applied to the payment due 12-1-2020.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Transaction Activity

| Posted Date | Received Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges, Shortages & Fees ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/19 | | Assessed Expense - INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 |
| 04/15 | | Late Fee Assessed | $0.00 | $0.00 | $0.00 | -$13.15 | $0.00 | $0.00 | $0.00 |

## Important Information

If it's not possible to make the monthly payment due to impacts from COVID-19, please notify us right away. You can notify us by filling out the COVID-19 Hardship Notification Form that is available on our website listed above. **Click the "Learn More"** link within the red Coronavirus banner for details. If you have other questions regarding COVID-19, you may also email or call us – please see the top of the billing statement for contact information. We appreciate your support in using the self-serve options as our wait times may be extended due to anticipated volume related to COVID-19.

Page 1 of 6

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: ████5908
DOROTHEA CORNELIUS

PHH Mortgage Services
PO Box 4087
PALATINE, IL 60094-4087

| | |
|---|---|
| Payment Due Date | 5/1/2021 |
| Regular Monthly Payment | $631.36 |
| Total New Fees and Charges | $13.15 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $28.30 |
| Assessed Expenses | $172.50 |
| Past Due Payments | $2,525.44 |
| **Total Amount Due** | **$3,368.75** |

*If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.*

| | |
|---|---|
| Extra principal | $ |
| Extra escrow | $ |
| Unpaid late charges | $ |
| Other (specify) | $ |
| **Total check enclosed** | $ |

99 954 7141495908 0000064451 0000063136 5

EXHIBIT"E"

A S M Holdings 64 LLC
1851 Penelope Rd NW
Atlanta, GA 30314-1915

ACCOUNT# ████5908

1602
64-137/611

DATE  5/5/2021

PAY TO THE ORDER OF    PHH MORTGAGE CORP                    $ 631.36

six hundred thirty one dollars and 36/¢                    DOLLARS

Regions Bank
Vinings Smyrna
1660 Cumberland Pky SE
Smyrna, GA 30080

FOR _____

⑈00160 2⑈  ⑈06 1 1013 75⑈  ⌷ █  0 1 1 7█⑈

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

For Deposit Only
PHH Corporation
6690707

Security Features exceed industry standards and include:
• ImageSketch : Matching account and check number on back of check No. 5,243,025
• MobileMark : Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave : pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit Icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

EXHIBIT "E"

 **NewRez**

P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit www.MortgageQuestions.com
Call toll free: 1-888-820-6474
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0035857 01 AB 0.425 **AUTO  T! 2 9309 30331-681950 -C05-P06422-12 5     NFRE      N21

DOROTHEA CORNELIUS
1750 COUNTY LINE RD SW
ATLANTA, GA 30331-6819

Statement Date:  5/5/2021

Loan number: ████5908
Payment Due Date: 6/1/2021
**Amount Due: $1,305.87**
*If payment is received after 6/16/2021, a $13.15 late fee may be charged.*

### Account Information

| | |
|---|---|
| Property Address | 11447 VINEA LN |
| | HAMPTON, GA 30228 6259 |
| Outstanding Balance (not payoff amount) | $30,255.26 |
| Principal Balance (interest bearing) | $50,614.83 |
| Deferred Balance (non-interest bearing) | $28,840.43 |
| Current Interest Rate | 3.2800% |
| Prepayment Penalty | No |
| Escrow Balance | $662.02- |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $72.96 |
| Interest | $190.06 |
| Escrow (Taxes and/or Insurance) | $368.32 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $631.36 |
| Total New Fees and Charges | $13.15- |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $13.15 |
| Assessed Expenses | $43.15 |
| Past Due Payment(s) | $631.36 |
| Total Amount Due | $1,305.87 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $302.07 | $658.81 |
| Interest | $763.24 | $12,404.92 |
| Escrow (Taxes and/or Insurance) | $1,473.28 | $14,444.17 |
| Fees | $26.30 | $344.60 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $2,564.89 | $27,852.50 |

### Important Messages

You are currently due for the 5-1-2021 payment.
Your last full payment was applied to the payment due 4-1-2021.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges & Shortages & Fees ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 04/21 | 04/16 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,894.67 | $0.00 | $1,894.67 |
| 04/21 | 04/16 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $815.17 | $0.00 | $815.17 |
| 04/22 | 04/16 | Payment | $71.60 | $191.11 | $368.32 | $0.00 | -$2,525.44 | $0.00 | $0.00 |
| 04/22 | 04/22 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/22 | 04/16 | Payment | $72.13 | $190.91 | $368.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/22 | 04/22 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/22 | 04/16 | Payment | $72.33 | $190.71 | $368.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/22 | 04/22 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/22 | 04/16 | Payment | $72.53 | $190.51 | $368.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/22 | 04/22 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/22 | | Fee Reversal | $0.00 | $0.00 | $0.00 | $13.15 | $0.00 | $0.00 | $0.00 |
| 04/22 | 04/16 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $26.30 | -$26.30 | $0.00 |
| 04/22 | 04/16 | Extra Principal | $13.15 | $0.00 | $0.00 | $0.00 | -$13.15 | $0.00 | $0.00 |

Continued

Page 1 of 4

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Due Date | 6/1/2021 |
| Regular Monthly Payment | $631.36 |
| Total New Fees and Charges | $13.15- |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $13.15 |
| Assessed Expenses | $43.15 |
| Past Due Payments | $631.36 |
| Total Amount Due | $1,305.87 |

Loan number: ████5908
DOROTHEA CORNELIUS

PHH Mortgage Services
PO Box 94087
PALATINE, IL 60094-4087

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.

| | |
|---|---|
| Extra principal | $_____ |
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify)_____ | $_____ |
| Total check enclosed | $_____ |

99 954 7141495908 0000064451 0000063136 5

EXHIBIT "F"

PO Box 9701
Allen, TX 75013



0001603   01 MB 0.447  **AUTO  T5 0 7103 30331-681950   -C01-P01604-I
DOROTHEA MUHAMMAD
1750 COUNTY LINE RD SW
ATLANTA GA  30331-6819



# **Your Dispute Results**

Report # **0558-0244-21** for **Apr 30, 2021**



# Hi, Dorothea. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to:  review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report.  **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.  **Updated**  (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.  **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items
PHH MORTGAGE SERVICES 954714149.... Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated.  Please review your report for the details.

EXHIBIT"G"

7103-01-00-C001603-0002-0003289

**Dispute Results** (Continued)

## Before Dispute

**PHH MORTGAGES SERVICES** Partial Acct # ▮▮▮▮149....
2001 LEADENHALL RD MT LAUREL NJ 08054; **No phone # available**

**Status (Apr 2021)** Open. Balloon payment of $28,640 due Sep 2036. $1,920 past due as of Apr 2021.

| | | | |
|---|---|---|---|
| **Date opened** Aug 2006 | **Terms** 16 Years | **Recent balance** $101,855 as of Apr 2021 | |
| **Address ID #** 0492861040 | **Monthly payment** $631 | By Nov 2022, this account is scheduled to go to a positive status. | |
| **Type** Mortgage | **Credit limit or original amount** $156,750 | **Comment:** Loan Modified | |
| **Responsibility** Individual | **High balance** Not reported | | |

**Payment history: Mar 2021 - Apr 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2021** | | | 90 | 60 | | | | | | | | |

Account History:

|  | Mar21 |
|---|---|
| Account Balance | $101,636 |
| Date Payment Received | 01.21.21 |
| Scheduled Payment | $631 |
| Actual Amount Paid | No Data |

## After Dispute

**PHH MORTGAGES SERVICES** Partial Acct # ▮▮▮▮149....
2001 LEADENHALL RD MT LAUREL NJ 08054; **No phone # available**

**Status (Apr 2021)** Open. Balloon payment of $28,640 due Sep 2036. $1,920 past due as of Apr 2021.

| | | | |
|---|---|---|---|
| **Date opened** Aug 2006 | **Terms** 16 Years | **Recent balance** $101,855 as of Apr 2021 | |
| **Address ID #** 0492861040 | **Monthly payment** $631 | By Nov 2022, this account is scheduled to go to a positive status. | |
| **Type** Mortgage | **Credit limit or original amount** $156,750 | **Comment:** Loan Modified | |
| **Responsibility** Individual | **High balance** Not reported | This item was updated from our processing of your dispute in Apr 2021. | |

**Payment history: Mar 2021 - Apr 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2021** | | | 90 | 90 | | | | | | | | |

Account History:

|  | Mar21 |
|---|---|
| Account Balance | $101,636 |
| Date Payment Received | 01.21.21 |
| Scheduled Payment | $631 |
| Actual Amount Paid | No Data |

If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written information concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current / Terms met | **150** | Past due 150 Days | **-VS-** | Voluntarily surrendered | **D.** | Defaulted on contract |
| **30** | Past due 30 Days | **180** | Past due 180 Days | **R** | Repossession | **C** | Collection |
| **60** | Past due 60 Days | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Past due 90 Days | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Past due 120 Days | **F** | Foreclosure | **G** | Claim filed with government | **ND** | No data for this period |

EXHIBIT "G"



Plaintiffs reallege the allegations of paragraphs 1 through 11 and incorporate same by reference into this Count. Plaintiffs seek statutory damages of $1,000 per violation of the FDCPA and $1,000.00,  per violation of the FCRA for Defendants ongoing and continuing violations of the FDCPA and FCRA for the January, 2021 payment paid by Plaintiffs for a total of $2,000. 00, statutory damages per each Count as set forth below in Counts1 through Count VI herein, plus court costs and attorney's fees as set forth in Count VII.

18.

## COUNT VI--VIOLATION OF FDCPA AND FCRA FOR JUNE, 2021 PAYMENT

Plaintiffs reallege the allegations of paragraphs 1 through 11 and incorporate same by reference into this Count. Plaintiffs seek statutory damages of $1,000.00, per violation of the FDCPA and $1,000.00, per violation of the FCRA for Defendants ongoing and continuing violations of the FDCPA and FCRA for the January, 2021 payment paid by Plaintiffs for a total of $2,000. statutory damages per each Count as set forth below in Counts1 through Count VI herein, plus court costs and attorney's fees as set forth in Count VII.

19.

## COUNT VII--PUNITIVE DAMAGES, COSTS AND ATTORNEY'S FEES

 Defendants continued and persistent violation of the law as set forth in paragraphs 1 through 19 above, entitles Plaintiffs to punitive damages of at least $35,000.00, plus court costs and a reasonable attorney's fee as provided by law.

Dated this 8th    day of June, 2021.

Ali S. Muhammad
Dorothea Muhammad

P.O. 92597
Atlanta, GA 30314

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
**File & ServeXpress**
Transaction ID: 66668756
Date: Jun 08 2021 04:46PM
Christopher G. Scott, Chief Clerk
Civil Division

**STATE COURT OF FULTON COUNTY**
**Civil Division**

CIVIL ACTION FILE #: _____

Dorothea Cornelius NKA Dorothea Muhammad and Ali S. Muhammad

Plaintiff's Name, Address, City, State, Zip Code

vs.

PHH Mortgage and New Rez Services
1 Mortgage Way
Mt. Laurel, NJ 08054

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: D. Muhammad and Ali Muhammad
Address: PO Box 92597
City, State, Zip Code: Atlanta, GA 30314          Phone No.: 404-664-1023

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

_____

*SERVICE INFORMATION:*
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 66668756
Date: Jun 08 2021 04:46PM
Christopher G. Scott, Chief Clerk
Civil Division

**STATE COURT OF FULTON COUNTY**
Civil Division

**CIVIL ACTION FILE #:** _____

_Dorothea Cornelius NKA Dorothea_
_Muhammad and Ali S. Muhammad_

Plaintiff's Name, Address, City, State, Zip Code

**vs.**

_Experian_
_29 Broadway 6th Fl_
_New York, New York 10009_

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ********** |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _D. Muhammad and Ali Muhammad_

Address: _PO Box 92597_

City, State, Zip Code: _Atlanta, GA 30314_        Phone No.: _404-664-1023_

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20_____.        _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
**File & ServeXpress**
Transaction ID: 66668756
Date: Jun 08 2021 04:46PM
Christopher G. Scott, Chief Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
**Civil Division**

**CIVIL ACTION FILE #:** _____

_Dorothea Cornelius NKA Dorothea_
_Muhammad and Ali S. Muhammad_

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_Robert Conley_
_1 Mortgage Way_
_Mt. Laurel, NJ 08054_

_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| \*\*\*\*\*\*\*\*\*\*\*\* | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _D. Muhammad and Ali Muhammad_

Address: _PO Box 92597_

City, State, Zip Code: _Atlanta, GA 30314_          Phone No.: _404-664-1023_

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.          _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

_____

This _____ day of _____, 20_____.          _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
21EV003462
6/30/2021 4:11 PM
Christopher G. Scott, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY

DOROTHEA CORNELIUS
N/K/A DOROTHEA MUHAMMAD and
ALI S. MUHAMMAD,                          CASE NO. 21EV003462

    Plaintiffs,

vs.

PHH MORTGAGE SERVICES/NEW REZ;
ROBERT CONLEY and EXPERIAN,

    Defendants

_____/

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

Plaintiffs Dorothea Muhammad and Ali S. Muhammad and submits the following
Requests for Admissions to Defendants pursuant to the Applicable Rule of Civil
Procedure Rule to admit the following:

## INSTRUCTIONS

If Defendants fail to respond or object to any request within 30 days from
Service of the Requests, the matter shall be deemed admitted under the Rule.
As is more fully set forth in the rule, the Defendants shall admit or deny
each request and where necessary specify the parts of each request to which it
objects or cannot in good faith admit or deny. If the Defendant objects to any part
of the request. In the event that the Defendant objects to or denies any request or
portion of a request the Defendant must state the reasons for its objection or denial
be required if you directly or indirectly obtain further information after your initial
response as provided by the Rule. Each request solicits all information
obtainable by Defendants from Defendants, their attorneys, investigators, agents,
employees, and representatives. If you answer a request on the basis that you lack
sufficient knowledge to respond, describe any and all efforts you made to inform
yourself of the facts and circumstances necessary to answer or respond.

## DEFINITIONS

- The word "or" is used herein in its inclusive sense unless the context

clearly requires otherwise.

- The term "document" means and includes without limitation all correspondence, memoranda, certificates, notes, books, pamphlets, brochures, advertisements, books of account, working papers, worksheets, bills, statements, receipts, forms, agreements, and all other records and papers of any nature whatsoever.

- Any reference to a specifically named person, corporation or any other entity and any reference generally to "person" shall include the employees, agents, representatives and other persons acting on behalf thereof or through whom the referenced person acts.

  The term "person" means and includes natural persons, corporations, partnerships, limited liability companies, partnerships, joint ventures, sole proprietorships, associations, trusts, estates, firms and any other entities.

- As used herein "Plaintiff" means, unless otherwise indicated includes Dorothea Cornelius, now known as Dorothea Muhammad and Ali S. Muhammad. As used herein "Defendant" shall be deemed to include PHH Mortgage Services/ New Rez as well as Robert Conley and Experian.as their agents, attorneys, or any other person acting on their behalf or on behalf of any one of them.

## <u>FIRST SET OF ADMISSIONS</u>

First Request. Admit that Benjamin Verdwren signed the Confidential Settlement Agreement on January 14, 2021.

 Second Request. Admit that Attorneys for U.S. Bank signed the Confidential Setttlement Agreement on January 15, 2021.

Third Request. Admit that Plaintiffs signed the Confidential Settlement Agreement on December 5, 2020.

Fourth Request. Admit that PHH Mortgage Services/New Rez did not send Plaintiffs an invoice or statement in the month of January, 2021.

Fifth Request. Admit that PHH Mortgage Services/New Rez did not send Plaintiffs an invoice or statement for the month of February, 2021.

Sixth Request. Admit that PHH Mortgage Services/New Rez did not send Plaintiffs an invoice or statement for the month of March, 2021.

Seventh Request. Admit that PHH Mortgage Services/New Rez reported the Past Due information to Defendant Experian.

Eighth Request. Admit that Exhibits "A", "B", "C", "D", "E" "F" and "G" attached to the Complaint are true and correct copies of the original documents,

Respectfully submitted,

P.O. Box 92597
Muhammad
Atlanta, GA 30314

Dorothea Cornelius N/K/A Dorothea

Plaintiff Pro Se

Ali S. Muhammad, Plaintiff Pro Se

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing First Request for Admissions has been furnished to all counsel of record at their office addresses this 30th day of June, 2021.

Ali S. Muhammad, Plaintiff Pro Se

DOROTHEA CORNELIUS nka          :
DOROTHEA MUHAMMAD and           :
ALI S. MUHAMMAD                 :
                                :
              Plaintiff,        :        CIVIL ACTION
                                :
vs.                             :        FILE NO.: 2021EV003462
                                :
PHH MORTGAGE SERVICES/NEW       :
REZ; ROBERT CONLEY; and         :
EXPERIAN                        :
                                :
              Defendant.        :

**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
**File & ServeXpress**
Transaction ID: 66840720
Case Number: 21EV003462
Date: Aug 11 2021 01:58PM
Christopher G. Scott, Chief Clerk
Civil Division

## MOTION FOR APPOINTMENT OF SPECIAL AGENTS FOR SERVICE

COMES NOW, the Plaintiff in the above action moves that an Order be entered naming, ASAD SHAH and/or NANCY ZIERDT as Special Agents to serve the Defendants with a copy of the Summons and Pleadings in this action pursuant to O.C.G.A. 9-11-4(c). In support thereof, plaintiff shows that the Defendant must be served in Mt. Laurel, NJ which is outside the jurisdiction of this court. Said agents are not employees of this firm, nor are they parties in this action, and have no interest in the outcome of this case. Further, they are more than eighteen (18) years of age, and are citizens of the United States.

This 11th day of August, 2021.

Respectfully submitted,

Ali S. Muhammad

DOROTHEA CORNELIUS nka : 
DOROTHEA MUHAMMAD and :
ALI S. MUHAMMAD :
: 
         Plaintiff, :    CIVIL ACTION
:
vs. :    FILE NO.: 2021EV003462
:
PHH MORTGAGE SERVICES/NEW :
REZ; ROBERT CONLEY; and :
EXPERIAN :
:
         Defendant. :

**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
**File & ServeXpress**
Transaction ID: 66840729
Case Number: 21EV003462
Date: Aug 11 2021 02:00PM
Christopher G. Scott, Chief Clerk
Civil Division

## ORDER

The above Motion has been read and considered and the same appears to the Court that sufficient grounds exist for granting thereof, it is hereby ORDERED that Asad Shah and/or Nancy Zierdt citizens of the United States and over the age of 18, are hereby authorized and specially appointed by this Court to serve process and to personally serve the Defendants herein with a copy of the Summons and Pleadings filed in this action.

This _____ day of _____, 2021.

_____
JUDGE STATE COURT FULTON
COUNTY, STATE OF GEORGIA

Ali S. Muhammad /s/
1750 County Line Rd SW
Atlanta GA 30331

State Court of Fulton County
**E-FILED**
21EV003462
8/16/2021 5:18 PM
Christopher G. Scott, Clerk
Civil Division

## AFFIDAVIT OF SERVICE

| Case:<br>21EV003462 | Court:<br>STATE COURT OF FULTON COUNTY | County:<br>, GA | Job:<br>5963802 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Dorothea Cornelius, etc. | | Defendant / Respondent:<br>PHH Mortgage and New Rez Services, et al. | |
| Received by:<br>Attorneys' Personal Services, Inc. | | For:<br>James Cornelius | |
| To be served upon:<br>PHH Mortgage | | | |

I, Bruce Smith, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  PHH Mortgage, 2 Sun Ct NW Ste 400, Norcross, GA 30092

Manner of Service:  Registered Agent, Aug 3, 2021, 12:16 pm EDT

Documents:  Summons and Complaint

Additional Comments:
1) Successful Attempt: Aug 3, 2021, 12:16 pm EDT at 2 Sun Ct NW Ste 400, Norcross, GA 30092 received by PHH Mortgage. Age: 40's; Ethnicity: African American; Gender: Female; Weight: 160's; Height: 5'7"; Hair: Black;
I served Alisha smith of CSC

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____  _____  
Bruce Smith        Date  
050234515

Attorneys' Personal Services, Inc.
400 Galleria Pkwy Suite 1500
Atlanta, GA 30339
770-366-1619

_____  
Notary Public

8-10-21
Date

_____  
Commission Expires

State Court of Fulton County
**E-FILED**
21EV003462
8/18/2021 11:21 AM
Christopher G. Scott, Clerk
Civil Division

## AFFIDAVIT OF SERVICE

| Case:<br>21EV003462 | Court:<br>STATE COURT OF FULTON COUNTY | | County:<br>, GA | Job:<br>5963802 |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Dorothea Cornelius, etc. | | | Defendant / Respondent:<br>PHH Mortgage and New Rez Services, et al. | |
| Received by:<br>Attorneys' Personal Services, Inc. | | | For:<br>James Cornelius | |
| To be served upon:<br>PHH Mortgage | | | | |

I, Bruce Smith, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   PHH Mortgage, 2 Sun Ct NW Ste 400, Norcross, GA 30092

Manner of Service:   Registered Agent, Aug 3, 2021, 12:16 pm EDT

Documents:   Summons and Complaint

Additional Comments:
1) Successful Attempt: Aug 3, 2021, 12:16 pm EDT at 2 Sun Ct NW Ste 400, Norcross, GA 30092 received by PHH Mortgage. Age: 40's; Ethnicity: African American; Gender: Female; Weight: 160's; Height: 5'7"; Hair: Black;
I served Alisha smith of CSC

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Bruce R Smith    8-10-21
_____
Bruce Smith              Date
050234515

Jean Austin
_____
Notary Public

8-10-21
_____
Date              Commission Expires

Attorneys' Personal Services, Inc.
400 Galleria Pkwy Suite 1500
Atlanta, GA 30339
770-366-1619

*JEAN AUSTIN*
*My Commission Expires*
*NOTARY PUBLIC*
*12-12-2023*
*COBB COUNTY, GEORGIA*

**State Court of Fulton County**
**\*\*E-FILED\*\***
**21EV003462**
**8/27/2021 2:17 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

## AFFIDAVIT OF SERVICE

| Case:<br>21EV003462 | Court:<br>STATE COURT OF FULTON COUNTY | County:<br>, GA | Job:<br>5990194 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Dorothea Cornelius, etc. | | Defendant / Respondent:<br>PHH Mortgage and New Rez Services, et al. | |
| Received by:<br>Attorneys' Personal Services, Inc. | | For:<br>James Cornelius | |
| To be served upon:<br>Experian Information Solutions, Inc. | | | |

I, Bruce Smith, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Experian Information Solutions, Inc,, 289 S Culver St, Lawrenceville, GA 30046 |
| Manner of Service: | Registered Agent, Aug 16, 2021, 11:52 am EDT |
| Documents: | Summons and Complaint |

**Additional Comments:**
1) Successful Attempt: Aug 16, 2021, 11:52 am EDT at 289 S Culver St, Lawrenceville, GA 30046 received by Experian Information Solutions, Inc,. Age: 69 ; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'; Hair: Gray;
I served Linda Banks Process Specialst for C T Corporation Registered Agent.

_Bruce Smith_ (signature)     8/20/21

Bruce Smith                    Date
050234515

Attorneys' Personal Services, Inc.
400 Galleria Pkwy Suite 1500
Atlanta, GA 30339
770-366-1619

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_Jean Austin_ (signature)
Notary Public

**8-20-21**

Date                    Commission Expires

(Notary Seal: JEAN AUSTIN, MY COMMISSION EXPIRES, NOTARY PUBLIC, 12-12-2025, COBB COUNTY, GEORGIA)